**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-03249-RM-CBS

JAMIE WILLIAMS,

    Plaintiff,

v.

LT. WILCOX,
LT. MARTIN,
MARQUEZ,
THOMPSON,
ROY,
YENTER,
VALVERDE, and
GABBY,

    Defendants.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered during the pendency of this case, and the Order entered by the Honorable Raymond P. Moore, United States District Judge, on August 17, 2015, it is

    ORDERED that Plaintiff's claims seeking injunctive relief are dismissed without prejudice as MOOT as to all Defendants.

    IT IS FURTHER ORDERED that the Recommendation of United States Magistrate Judge (ECF No. 47), as MODIFIED, is ACCEPTED.

    IT IS FURTHER ORDERED that Defendant Wilcox's Motion for Summary Judgment for Plaintiff's Failure to Exhaust Administrative Remedies (ECF No. 35) is GRANTED.

IT IS FURTHER ORDERED that the remaining claims against all Defendants are dismissed without prejudice for failure to exhaust administrative remedies.

IT IS FURTHER ORDERED that, there being no remaining claims or Defendants, Final Judgment is entered in favor of Defendants and against Plaintiff.

Dated at Denver, Colorado this 17th day of August 2015.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/Deborah Hansen
Deborah Hansen, Deputy Clerk